■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TONY RAMOS, Appellant.—Appeal from judgment of the Supreme Court, New York County (Herbert Altman, J.), rendered on March 18, 1986, unanimously dismissed for the reason that defendant has absconded and is unable to obey the mandate of this court. *(See, People v White,* 49 AD2d 719.) No opinion. Concur—Sandler, J. P., Sullivan, Carro, Kassal and Wallach, JJ.